**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In Re: | ) ) ) | |
| THE WHEATLAND GROUP, LLC | ) ) | Case No. 10-12856 RGM |
| | ) | Chapter 11 |
| Debtor. | ) | |

## VERIFIED STATEMENT
## OF ROGANLAWFIRM, PLLC

Connections of Christopher L. Rogan, Esq. and RoganLawFirm, PLLC with the Debtor, Creditors, other Parties in Interest, their Respective Attorneys and Accountants and the U.S. Trustee:

a) With Debtor:   None.

b) With creditors:   None.

c) With other parties in interest:   None.

d) With their respective attorneys and accountants:   None.

e) With the Office of the U.S. Trustee or employees
   of the Office of the U.S. Trustee:   None.

[signature and acknowledgment on following page]

1

COMMONWEALTH OF VIRGINIA
COUNTY OF LOUDOUN,   to wit:


      I, <u>CHRISTOPHER L. ROGAN, ESQ.</u>, principal of RoganLawFirm, PLLC, having been duly sworn according to law, do hereby state that I have read the foregoing statement of all my connections with the debtors, creditors, parties in interest, their respective attorneys and accountants, and the U.S. Trustee, and that the same is true and complete to the best of my knowledge and belief.

                                            <u>/s/ Christopher L. Rogan</u>
                                        Christopher L. Rogan, Esquire (VSB #30344)
                                        ROGANLAWFIRM, PLLC
                                        30-D Catoctin Circle, SE
                                        Leesburg, Virginia  20175
                                        (703) 771-9191/Telephone
                                        (703) 771-9797/Facsimile

      Subscribed and sworn to by me, a Notary Public in and for the aforesaid jurisdiction, this 13<u>th</u> day of April 2010.

                                          <u>/s/ Kathleen Reid</u>
                                          Notary Public
                                          Notary ID No. 273595


My Commission Expires:     <u>12-31-2010</u>