# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**In re:**
The Wheatland Group, LLC

**Case Number**   10–12856–RGM
**Chapter**   11
**Judge**   Robert G. Mayer

Debtor(s)

**To:**   C Rogan

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*12* – Statement Notice of Removal filed by Christopher L. Rogan of RoganLawFirm, PLLC on behalf of The Wheatland Group, LLC. (Attachments: # (1) Exhibit(s) A –– First Amended Complaint# (2) Exhibit(s) B –– Demurrer# (3) Exhibit(s) C –– Answer to First Amended Complaint# (4) Exhibit(s) D –– Counter–Claim)(Rogan, Christopher)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

## REPRESENTATION AND APPEARANCES:

___ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.

___ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]

___ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]

___ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

## REQUIREMENT OF FORM:

___ **Legibility:** not in compliance with LBR 5005–1(C)(1)

___ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* ___ Case name and number do not match on paper submitted.

___ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.

   ___ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]

   ___ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors, and, if required, the original signature of the attorney. [See FRBP 1008]

   ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]

_xx_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.

___ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry _or_ redocket to attach the correct document.

___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

## VOLUNTARY PETITIONS:

___ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.

___ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*

___ Not verified by signature of attorney for debtor(s).

___ Not verified by unsworn declaration with signature of all debtors.

___ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]

___ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]

___ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).

___ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:   April 22, 2010

Clerk, United States Bankruptcy Court

By /s/ Jillinda Glenn, Deputy Clerk
Direct Dial Telephone No. 703–258–1250

[ntcdef_filingvApril2010.jsp]