# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THE WHEATLAND GROUP, LLC, | : | Case No. 10-12856-RGM |
| | : | (Chapter 11) |
| | : | |
| Debtor. | : | |

## ORDER SETTING EXPEDITED HEARING

Upon consideration of the debtor's motion for an expedited hearing on its motion for authority to sell property and motion to shorten time; it is

ORDERED:

1. The motion for expedited hearing is granted, and a hearing on the motion for authority to sell property shall be held on **June 22, 2010 at 11:00 a.m.** The period of notice is reduced to 13 calendar days. Any response opposing the motion shall be filed with the court, and served on counsel for the debtor, no later than June 21, 2010 at 10:00 a.m..

2. The movant shall immediately give notice by the quickest means to all affected parties. Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonable calculated to give actual notice to the affected parties.

DONE at Alexandria, Virginia, this 9th day of June, 2010.

                                       /s/ Robert G. Mayer
                                       Robert G. Mayer
                                       United States Bankruptcy Judge

Copy electronically to:

Christopher L. Rogan