IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| THE WHEATLAND GROUP, LLC, | ) | Case No. 10-12856-RGM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOHN F. SAYRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 10-01147 |
| | ) | |
| THE WHEATLAND GROUP, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

Debtor, The Wheatland Group, filed a Motion for Establishment of Supercedeas Bond on August 27, 2010, a copy of which was previously provided to you.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to approve the Motion, or if you want the court to consider your views on the Motion, then on or before **September 7, 2010**, your or your attorney must:

- File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, and enter an Order without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the dated stated above. You must **also** mail a copy to the persons listed below:

1

James P. Campbell, Esquire
Campbell Miller Zimmerman, P.C.
19 East Market Street
Leesburg, Virginia 20176

Christopher L. Rogan, Esquire (VSB #30344)
ROGANLAWFIRM, PLLC
30-D Catoctin Circle, SE
Leesburg, Virginia 20175
crogan@roganfirm.com
(703) 771-9191/Telephone
(703) 771-9797/Facsimile

Attend the status hearing scheduled to be held on **September 8, 2010 at 2:00 p.m.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order accordingly.

Date: August 27, 2010

/s/ James P. Campbell
James P. Campbell, Esquire (VSB #25097)
*Campbell Flannery, P.C.*
19 East Market Street
Leesburg, Virginia 20176
(703) 771-8344/Telephone
(703) 777-1485/Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that service of a true copy of the foregoing has been made as follows:

Type of Service: First-Class U.S. Mail, postage prepaid to those parties listed below and electronically via ECF system to all requesting electronic notice

Date of Service: August 27, 2010

Persons served and address: Thomas M. Dunlap, Esq.
Michael C. Whitticar, Esq.
Dunlap Grub & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175

2

Thomas J. McKee, Jr.
Williams Mullins
8300 Greenboro Drive, Suite 1100
McLean, VA 22102

Item Served:                Notice of Hearing

/s/ James P. Campbell